FILED
May 24, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   CASE NUMBER: 2:11-cr-00226 LKK
           Plaintiff,             )
v.                                )   ORDER FOR RELEASE
                                  )   OF PERSON IN CUSTODY
PATRICIA JANE ALBRIGHT,           )
                                  )
           Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Patricia Jane Albright ; Case 2:11-cr-00226 LKK  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of _____

   X   Unsecured Appearance Bond in the amount of $100,000.00, co-signed by Ramona Preston, to be replaced by a $100,000.00 secured bond, secured by all available equity in the real property owned by Ms. Preston within three weeks.

   \_   Appearance Bond with 10% Deposit

   X   (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  5/24/2011  at  3:00 pm .

By _____
Kendall J. Newman
United States Magistrate Judge