IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>PATRICIA JANE ALBRIGHT,<br><br>                              Defendant. | CASE NO.  2:11-CR-226 TLN<br><br>ORDER REGARDING COMPETENCY EVALUATION<br><br>HEARING DATE: June 26, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

On June 24, 2014, the defendant's attorney filed a motion for a psychiatric examination and a hearing on mental competency (Dkt. 197).  On June 26, 2014, the defendant and her attorney appeared before the Court to argue the motion (Dkt. 204).  During the hearing the defendant's attorney requested a court-ordered competency evaluation and subsequent competency hearing.

The defendant's attorney asked that the competency evaluation be "conducted pursuant to the provisions of 18 U.S.C. § 4247(b) and (c)."  (Def.'s Mot. at 2.)  Since the defendant has not yet been committed, and the issue raised is her competency to stand trial, this matter is appropriately reviewed pursuant to 18 U.S.C. § 4241.  At the June 26, 2014, hearing the Court heard from counsel for both parties and declared a doubt as to the defendant's competency.  The Court granted the defendant's motion for a competency evaluation.  18 U.S.C. § 4241(b).  The Court may commit the defendant to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period not to exceed 30 days.  18 U.S.C. § 4247(b).  The director of the examining facility may request a reasonable extension, not to exceed 15 days.  18 U.S.C. § 4247(b).

The government asked that the defendant be evaluated by a Forensic Psychologist at a Federal Bureau of Prisons ("BOP") Forensic Study Site.

The Court hereby FINDS as follows:

1. Based on the record to date, there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is (1) unable to understand the nature and consequences of the proceedings against her, or (2) to assist properly in her defense.

2. There is a compelling government interest in (1) obtaining a thorough and complete examination to protect the due process rights of the defendant and because the government bears the burden of proving competency; (2) ensuring that the defendant is available for trial; (3) providing a speedy trial; (4) preventing further delay beyond 1,100 days since indictment; and (5) ensuring defendant's appearance at psychiatric examinations.

3. BOP regularly employs highly competent Forensic Psychologists who perform an extremely comprehensive competency evaluation.

4. The nearest BOP Forensic Study Sites capable of conducting the necessary evaluation are in Los Angeles, California, and Seattle, Washington.

5. All Federal Bureau of Prisons ("BOP") Forensic Study Sites that conduct mental competency evaluations require the defendant to be in custody during the evaluation period.

The Court hereby ORDERS the following:

1. The defendant shall submit to a mental competency evaluation to assess her competency to stand trial in this case.

2. The mental competency evaluation shall be conducted by the Federal Bureau of Prisons ("BOP").

3. The BOP shall, as soon as possible, designate a facility for the defendant's mental competency evaluation.

4. The defendant shall surrender herself to the Forensic Study Site designated by the BOP within 14 days of receiving notice of the BOP's designation.

5. The defendant shall be immediately released from the designated BOP facility upon completion of her mental competency evaluation.

///

      6.      The BOP shall, as soon as possible, furnish the Court with a report evaluating the defendant's mental competency and ability to stand trial in this case.

      7.      All pending motions are suspended and the Jury Trial set for 7/28/2014 is VACATED.

The Court hereby RECOMMENDS that the defendant's competency evaluation be conducted at the BOP Forensic Study Site at the Metropolitan Detention Center (MDC) in Los Angeles, California.

Dated: June 30, 2014

_____
Troy L. Nunley
United States District Judge

ORDER REGARDING METAL COMPETENCY EVALUATION

3