1  KELLY BABINEAU (CA State Bar #190418)
2  The Law Office of Kelly Babineau, APC
   455 Capitol Mall, Suite 802
3  Sacramento, CA 95814
   Tel: (916) 442-4948
4  Fax: (916) 492-2909
5  kbabineau@klblawoffice.net

6  Attorney for PATRICIA ALBRIGHT
7

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 THE UNITED STATES OF AMERICA,  ) No. 2:11-CR-0226TLN
11              Plaintiff,        )
                                  ) NOTICE OF REQUEST TO SEAL
12                                ) DECLARATION OF COUNSEL IN
      v.                          ) SUPPORT OF MOTION FOR
13                                ) COMPETENCY HEARING;
14                                ) **ORDER**
   PATRICIA ALBRIGHT              )
15                                )
16              Defendant.        ) Judge: Hon. Troy L. Nunley
   =============================)
17     PLEASE TAKE NOTICE that counsel for Patricia Albright will seek an order from
18
19 the court sealing the declaration of counsel in support of the motion for hearing of
20 competency and psychiatric evaluation of defendant.  It is respectfully requested that this
21 declaration be filed under seal and not provided to the US Attorney or any individual that
22
23 may represent the Government's interests.  This declaration contains confidential attorney
24 work produce and attorney-client communications.

25 DATED: June 24, 2014                    Respectfully submitted,
26
                                           /s/ Kelly Babineau
27                                         KELLY BABINEAU
                                           Attorney at Law
28

-1-

**O R D E R**

IT IS SO FOUND AND ORDERED this 30th day of June, 2014.

_____
Troy L. Nunley
United States District Judge