KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for PATRICIA ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:11-CR-00226 TLN |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) COUNSELING FOR |
| v. | ) DEFENDANT; FINDINGS |
| | ) AND ORDER |
| | ) |
| PATRICIA ALBRIGHT | ) Judge: Hon. Troy L. Nunley |
| | ) |
| Defendants. | ) |
| _____ | ) |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that Patricia Albright shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  Ms. Albright shall pay all or part of the costs of the counseling services based upon her ability to pay, as determined by the pretrial services officer.

IT IS SO STIPULATED.

Dated: June 24, 2014                    Respectfully submitted,


                                        /s/ Kelly Babineau
                                        KELLY BABINEAU
                                        Attorney for Patricia Albright


Dated: June 24, 2014                    /s/ Michael Beckwith
                                        Kelly Babineau for:
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


Dated: June 24, 2014                    /s/ Michael Evans
                                        Kelly Babineau for:
                                        MICHAEL EVANS
                                        U.S. Pretrial Release Officer


## O R D E R

IT IS SO FOUND AND ORDERED this 30th day of June, 2014.


                                        _____
                                        Troy L. Nunley
                                        United States District Judge