IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      v.<br><br>PATRICIA JANE ALBRIGHT,<br><br>                              Defendant. | CASE NO.  2:11-CR-226 TLN<br><br>ORDER REGARDING COMPETENCY EVALUATION<br><br>HEARING DATE: June 12, 2014<br>TIME: 1:30 p.m.<br>COURT: Hon. Troy L. Nunley |

    On June 24, 2014, the defendant's attorney filed a motion for a psychiatric examination and a hearing on mental competency (Dkt. 197).  On June 26, 2014, the defendant and her attorney appeared before the Court to argue the motion (Dkt. 204).  During the hearing the defendant's attorney requested a court-ordered competency evaluation and subsequent competency hearing.

    At the June 26, 2014, hearing the Court heard from counsel for both parties and declared a doubt as to the defendant's competency.  The Court granted the defendant's motion for a competency evaluation.  18 U.S.C. § 4241(b).

    The Court hereby FINDS as follows:

        1.    Based on the record to date, there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is (1) unable to understand the nature and consequences of the proceedings against her, or (2) to assist properly in her defense.

    The Court hereby ORDERS the following:

        1.    The defendant shall submit to two mental competency evaluations to assess her competency to stand trial in this case.

ORDER REGARDING METAL COMPETENCY EVALUATION

1

2. The mental competency evaluations shall be conducted by:

    Dr. Bruce Ebert
    300 Harding Blvd, Suite 116
    Roseville CA 95678
    (916) 781-7875

    Dr. John Foster
    Arden Psychological Services
    1620 Executive Court
    Sacramento CA 95864
    (916) 922-8050

3. Both evaluations are to be returned to the court no later than August 12, 2014.

4. The evaluations are to address the legal issue of competency of Patricia Albright. Both Dr. Ebert and Dr. Foster shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol, such as the defendant's history, behavioral observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews.

5. All pending motions are suspended and the Jury Trial set for 7/28/2014 is VACATED.

DATED: July 17, 2014

_____
Troy L. Nunley
United States District Judge