MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for PATRICIA ALBRIGHT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,   ) No. 2:11-cr-226 TLN
                Plaintiff,      )
                                ) STIPULATION AND ORDER
     v.                         ) TO EXTEND PRE-TRIAL
                                ) MOTIONS DATES
PATRICIA ALBRIGHT,              )
                Defendant.      ) Judge: Hon. Troy L. Nunley
==============================  )
```

It is hereby stipulated between the parties, Justin Lee and Michael Beckwith, Assistant United States Attorneys, and Michael D. Long, attorney for defendant PATRICIA ALBRIGHT, that the pre-trial motions filing deadlines set out in ECF document 234, should all be extended by two weeks and the hearing date continued by three weeks.  The new proposed schedule will be: (1) all pre-trial motions to be filed by April 7, 2015, (2) all opposition briefs to be filed by April 28, 2015, (3) all reply briefs to be filed by May 7, 2015, and (4) the hearing on any motions on May 21, 2015 at 9:30am before Judge Nunley.

The extension of the dates by two weeks is necessary as Mr. Long is still working through the voluminous file and motions filed by prior counsel.  Mr. Long is also consulting with his client concerning viable motions.    The parties believe that good cause is hereby shown.

Dated:  March 18, 2015                              Respectfully submitted,

                                                    /s/ Michael D. Long
                                                    MICHAEL D. LONG
                                                    Attorney for Patricia Albright

-1-

Dated:  March 18, 2015

BENJAMIN WAGNER
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney

/s/ *Michael Beckwith*
MICHAEL BECKWITH
Assistant U.S. Attorney

///

///

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The new proposed schedule will be:  (1) all pre-trial motions to be filed by April 7, 2015, (2) all opposition briefs to be filed by April 28, 2015, (3) all reply briefs to be filed by May 7, 2015, and (4) the hearing on any motions on May 21, 2015 at 9:30am before Judge Nunley.

Dated: March 18, 2015

_____
Troy L. Nunley
United States District Judge