BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00226-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PATRICIA ALBRIGHT, | DATE: May 28, 2015 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 28, 2015.

2. By this stipulation, defendant now moves to continue the status conference until June 4, 2015, and to exclude time between May 28, 2015, and June 4, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find:

   a) Counsel for the defendant is currently engaged in a state murder trial in front of the Honorable Robert Twiss in Sacramento County Superior Court (People v. Rodgers). Counsel for the defendant estimates that he will still be in trial on May 28.

　　　　b)　　Counsel for defendant desires additional time consult with his client and prepare for trial.

　　　　c)　　Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　　　d)　　The government does not object to the continuance.

　　　　e)　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

　　　　f)　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2015 to June 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

　　4.　　Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

　　IT IS SO STIPULATED.

Dated:  May 14, 2015　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ JUSTIN L. LEE
　　　　　　　　　　　　　　　　　　　　JUSTIN L. LEE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  May 14, 2015　　　　　　　　　　/s/ MICHAEL LONG
　　　　　　　　　　　　　　　　　　　　MICHAEL LONG
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　PATRICIA ALBRIGHT

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of May, 2015.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3