Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PATRICIA ALBRIGHT, Defendant. | CR. S-11-226-TLN<br><br>ORDER |
|---|---|

**GOOD CAUSE APPEARING** the Court orders the court reporter to prepare the sealed portion of the transcript of the *in camera* hearing held on January 31, 2014, and to provide a copy to attorney Krista Hart. The Court orders the transcript to otherwise remain sealed unless and until appellant introduces the issue into the appeal.

Dated:   January 12, 2016

_____
Troy L. Nunley
United States District Judge