Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff, v. PATRICIA ALBRIGHT,  Defendant. | No.   2:11-cr-226-TLN  ORDER |
|---|---|

**GOOD CAUSE APPEARING** the Court orders the court reporter to prepare the sealed portion of the transcript of the *in camera* hearing held on October 16, 2014, and to provide a copy to attorney Krista Hart. The Court orders the transcript to otherwise remain sealed unless and until appellant introduces the issue into the appeal.

Dated: February 18, 2016

Troy L. Nunley
United States District Judge