MICHAEL D. LONG
Attorney at Law
State Bar Number 149475
901 H Street, Suite 301
Sacramento, California 95814
(916) 201-4188
mike.long.law@msn.com

Attorney for PATRICIA ALBRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        vs.<br><br>PATRICIA ALBRIGHT,<br>        Defendant. | No. Cr. S. 11-226 TLN<br><br>REQUEST FOR ORDER AND ORDER<br>EXONERATING BOND<br><br>Hon. TROY L. NUNLEY |

On May 24, 2011, Magistrate Judge Kendall J. Newman ordered defendant Patricia Albright released from custody after posting a $100,000 unsecured bond signed by Patricia Albright and Ms. Preston, to later be replaced by a bond secured by real property.  (See ECF 8.)  On May 25, 2011, defendant posted the unsecured $100,000 bond, signed by Patricia Albright and Ms. Preston. (See ECF 18.)  Mr. Albright was then released from custody.

On June 13, 2011, after considering a defense motion, Judge Newman modified the earlier order: "The Court ordered defendant Albright's continued release on a $100,000 collateral bond, secured by cash from the bank account of Mary Susan Lee and

-1-

William Holt Lee, with collateral to be posted within 1 week, and on conditions as stated on the record."  (See ECF 24.)

On June 17, 2011, the defense complied with the June 13, 2011 court order: "RECEIPT number #CAE200036446 $100,000.00 by Mary Susan Lee and William Holt Lee fbo Patricia Albright on 6/17/2011. (Matson, R) Modified on 6/20/2011 (Matson, R). (Entered: 06/17/2011)".  (The receipt is an unnumbered docket entry in between entries 25 and 26.)

On December 3, 2015, Patricia Albright was sentenced by the Court.  She self-surrendered to FCI-Dublin, where she still is housed.  Because Ms. Albright has been sentenced, we request that the collateral bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to money received by the Clerk on or about June 17, 2011.

DATED:  August 25, 2016    Respectfully submitted,


/s/ *Michael D. Long*
Michael D. Long
Attorney for Patricia Albright


///


///

I have reviewed this request and I agree that the property bond should be exonerated and the posted cash be returned to Mary Susan Lee and William Holt Lee.

Dated:  August 24, 2016

                                        Phillip A. Talbert
                                        Acting United States Attorney


                                        */s/ Michael Beckwith*
                                        Michael Beckwith
                                        Assistant United States Attorney


IT IS HEREBY ORDERED that the collateral appearance bond in the amount of $100,000, secured by $100,000 in cash posted by Mary Susan Lee and William Holt Lee on June 17, 2011, is hereby exonerated.  The Clerk of the District Court is hereby ordered to reconvey the $100,000 to Mary Susan Lee and William Holt Lee.

Dated: August 25, 2016


                                        Troy L. Nunley
                                        United States District Judge